■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK LO CICERO, Respondent.— Motion by appellant to amend the notice of appeal and the appeal record. Motion granted; notice and record amended by adding thereto the words " and kidnapping." Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WOODROW McFADDEN, Appellant.— Motion by appellant to dispense with printing, denied. A notice of appeal has not been filed; no appeal is pending in this court. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS WEISS, Appellant.— Motion by appellant for reargument of his appeal from a judgment of conviction, denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JOHNSON, Relator, v. W. C. JOHNSTON, as Director of Dannemora State Hospital, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. JAMES JOHNSON, Appellant.— Application for a writ of habeas corpus denied, on the ground that the application fails to comply with the provisions of section 1234 of the Civil Practice Act. It also appears that a writ was granted in October, 1961; that a psychiatrist was appointed; that a hearing was held; and that the writ was thereafter dismissed on January 3, 1962. Motion by appellant for reargument of his motion (previously denied by order dated Dec. 18, 1961) to vacate order dated March 31, 1947, which dismissed his appeal from a judgment of conviction rendered October 30, 1946, and for various other relief. Motion denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ EMMA C. RUCK, Appellant-Respondent, v. JOSEPH BRASSER, Appellant, and JOHN H. DIERKS, Respondent.— Motion by respondent Diercks to dismiss appeal of the plaintiff-appellant for lack of prosecution, granted; appeal dismissed. Motion by respondent Diercks to dismiss the cross appeal of the defendant-appellant Brasser granted and appeal dismissed on the ground that such appeal becomes academic in view of the dismissal of the plaintiff's appeal. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ (A) CATHERINE SMYKAL, as Administratrix of the Estate of THEODORE T. SMYKAL, Deceased, Appellant, v. PORT OF NEW YORK AUTHORITY et al., Respondents. (B) BARNEY ZINICK, Appellant, v. ANNA EIDELBERG, Respondent, et al., Defendants. (Consolidated Actions.)— [In each action] Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ LEA TANOWITZ, Appellant, v. HERMAN TANOWITZ, Respondent.— Motion by appellant to consolidate her appeals, granted. Motion by appellant to dispense with printing, granted. The consolidated appeals will be heard together on the original papers (including the typed minutes) and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinions, if any, of the court below. The appellant and respondent are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.